■ MARTIN B. HIRSH, Doing Business as MARJOY COMPANY, Respondent, v CONTINENTAL STOCK TRANSFER & TRUST CO. et al., Defendants, and FIDENAS CORPORATION et al., Appellants. [612 NYS2d 841] —Order, Supreme Court, New York County (Walter Schackman, J.), entered February 11, 1993, which denied the appealing defendants' motion for an order clarifying an order of the same court and Justice, entered September 28, 1992, to the extent that defendants' cross motion to dismiss the complaint for want of jurisdiction in personam was denied, unanimously affirmed, with costs.

The initial motion asserting lack of proper service under CPLR 311 was supported only by an affirmation of counsel (see, Hauff v CLXXXII Via Magna Corp., 118 AD2d 485, 486). Counsel's recital of facts bearing upon service based upon his personal knowledge was improperly made for the first time in reply papers (see, Dannasch v Bifulco, 184 AD2d 415), and was insufficient to raise a question of fact as to proper service. Concur—Sullivan, J. P., Asch, Nardelli and Tom, JJ.

■ JOINT VENTURE ASSET ACQUISITION, Respondent, v PAUL TUFANO, Appellant, et al., Defendants. [610 NYS2d 37] —Judgment, Supreme Court, New York County (Carmen Beauchamp Ciparick, J.) entered March 8, 1993, which awarded plaintiff damages in the sum of $187,248.99, inclusive of interest and costs, unanimously affirmed, with costs.

The IAS Court correctly granted plaintiff's motion for summary judgment. Defendant-appellant's belated assertions that his signature on the promissory note was forged and that he was in Texas at the time the note was executed amount to mere conclusory statements, unsubstantiated in the record, which are not sufficient to defeat plaintiff's prima facie showing of entitlement to summary judgment (Ehrlich v American Moninger Greenhouse Mfg. Corp., 26 NY2d 255, 259). Concur—Carro, J. P., Rosenberger, Wallach, Kupferman and Williams, JJ.